# EXHIBIT "A"

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KIM HADAWAY, | ) |
| Plaintiff, | ) Case No. 4:11-cv-03574 |
| v. | ) JUDGE MELINDA HARMON |
| LIFE LINE SCREENING OF AMERICA, LTD, | ) |
| Defendant. | ) |

STATE OF OHIO          )
COUNTY OF Cuyahoga )          AFFIDAVIT OF MOLLY MENDOZA

I, Molly Mendoza, Manager of Human Resources for Life Line Screening of America, Ltd ("LLS"), being duly sworn, depose and say:

1. I am authorized to make this Affidavit. The Affidavit is being submitted in connection with LLS's Motion for Summary Judgment in the above-captioned case.

2. I began my employment with LLS on June 13, 2000 as HR Generalist. I worked in a capacity of Manager of Employee Relations from January 28, 2008 through March, 2011. I became the Manager of Human Resources approximately in April, 2011. Because of the positions I have held at LLS, I am familiar with all aspects of LLS's organization, the various positions at LLS and their classifications, and LLS's policies and procedures.

3. LLS was founded in 1993 and is a leading provider of community-based preventive health screenings in the United States. LLS's screenings help detect potential or existing health problems of the participants to the screening events in order to prevent major health implications down the road. Since its inception, LLS has screened over 8 million people, and currently screens over 1 million people each year at over 16,000 screening events nationwide.

4. To market and sell its screening services, LLS relies on its Health Services Coordinators ("HSCs"). The primary duty of an HSC is to promote LLS's services by providing information to target populations about the types of screenings offered by LLS and convincing a number of people to participate, at a cost, in LLS's screening events at a particular site or venue booked in advance by the HSC.

5. The position of HSC at LLS is an outside sales position and falls under the Sales Department. HSCs report to Regional Sales Managers. Because LLS considers the HSC position as a sales position, preference is primarily given to candidates with sales background.

6. As Manager of Human Resources for LLS, I am familiar with all aspects of LLS's employment guidelines. I also have direct access to LLS's records pertaining to employees' salary, commissions, expenses reimbursement, and usage of vacation, sick and personal time.

7. I am familiar with all aspects of Kim Hadaway's employment with LLS, including her duties, compensation, expenses reimbursement, and training.

8. Hadaway was hired for the HSC position on December 4, 2006. As part of the pre-employment process, LLS evaluated Hadaway's sales skills using PRADCO Sales Index—a tool that helped LLS to determine a candidate's ability to succeed in sales. LLS only hired Hadaway after it was satisfied with her sales abilities.

9. Prior to beginning her role as HSC, Hadaway attended a mandatory week-long sales training for HSCs in Cleveland, Ohio, where LLS is headquartered. At the training, Hadaway learned LLS's services, sales and marketing techniques, and LLS's policies and procedures.

10. As a HSC, Hadaway's primary duty was to promote LLS's preventive health screening services by providing information to target populations about the types of screenings offered by LLS and convince as many people as possible to participate, at a cost, in LSS's screening events at a particular site or venue booked in advance by Hadaway.

11. Like all HSCs, Hadaway was paid a salary plus commission. Her salary was fixed and did not depend on the number of hours worked in a given week. Her paychecks, like those of all LLS's salaried employees, consistently showed 80 hours every two-weeks regardless of the number of hours actually worked.

12. During her first month of employment with LLS, *i.e.*, December 4, 2006 to December 31, 2006, Hadaway was paid for 160 hours. For her outside sales activities, Hadaway traveled 1658 miles in December 2006 alone. Attached as Defendant's Exhibit 1 is a true and accurate copy of LLS Human Resources department's record showing Hadaway's compensation and mileage information for December 2006.

13. In 2007, Hadaway's total compensation was $54,894.27, of which $11,144.67 was commission. In addition, Hadaway requested and was paid a total of $6,113.14 for mileage reimbursement for that year. Attached as Defendant's Exhibit 2 is a true and accurate copy of LLS's Human Resources department's record showing Hadaway's salary, bonus/commission and mileage reimbursement for 2007.

14. In 2008, Hadaway's total compensation was $69,393.83, of which $24,496.04 was commission. In addition, Hadaway requested and was paid a total of $8,324.70 for mileage reimbursement for that year. Attached as Defendant Exhibit 3 is a true and accurate copy of

LLS's Human Resources department's record showing Hadaway's salary, bonus/commission and mileage reimbursement for 2008.

15. In 2009, Hadaway's total compensation was $75,567.25, of which $40,125.04 was commission. In addition, Hadaway requested and was paid a total of $8,444.52 for mileage reimbursement for that year. Attached as Defendant's Exhibit 4 is a true and accurate copy of LLS's Human Resources Department's record showing Hadaway's salary, bonus and mileage reimbursement for 2009.

16. In 2010, Hadaway's total compensation was $62,573.16, of which $29,861.71 was commission. In addition, Hadaway requested and was paid a total of $5,650.93 for mileage reimbursement for that year. Attached as Defendant's Exhibit 5 is a true and accurate copy of LLS's Human Resources Department's record showing Hadaway's salary, bonus and mileage reimbursement for 2010.

17. At all times relevant hereto, LLS reimbursed mileage at a rate of 40.5 cents per mile, up to a certain mileage cap based on the territory size

18. LLS complied and continues to comply with all posting and other requirements of the Fair Labor Standards Act.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Molly Mendoza

_____
NOTARY PUBLIC

Sworn to and subscribed before me this \_\_\_\_ day of June, 2013.

My Commission expires on:

Glynis Gohegan
Resident Summit County
Notary Public, State of Ohio
My Commission Expires: 05/09/2017

# Attachment 1

real response time

## Earnings Statement

Kimberly Hadaway
6634 Mildred Rd.
Needville, TX 77461

| Co | File # | Wk | Pay Date | Period End | Paid Dept | Paid Clock | Gross Pay | Net Pay | Check # | Chk/Vcr | Void |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JAR | 5928 | 52-1 | 12/29/2006 | 12/29/2006 | 200 | | 1,759.60 | | 00520269 | Voucher | |
| JAR | 5928 | 50-1 | 12/15/2006 | 12/15/2006 | 200 | | 1,759.60 | | 00500276 | Voucher | |

### Earnings

| | Rate | Hours | Cumulative |
|---|---|---|---|
| Regular | | 160.00 | 3,269.20 |
| Ramp or Draw | | 0.00 | 250.00 |
| Gross Pay | | | 3,519.20 |

### Deductions

**Statutory**

| | |
|---|---|
| Federal Income Tax | -340.18 |
| Medicare | -51.03 |
| Social Security | -218.19 |

**Others**

| | |
|---|---|
| Dd Checking #1 | -2,909.80 |
| Net Pay | |


DEFENDANT'S EXHIBIT 1

# Life Line Screening Expense Report

2207

Mileage Rate: 0.405 - ? not sure

Name: Kim Hadaway

Date: 12-29-06

| | 12-24-06 | 12-10-06 | 12-4-06 | 12-24-06 | Totals |
|---|---|---|---|---|---|
| Date From | | | | | |
| Date To | 12-24-06 | 12-16-06 | 12-8-06 | 12-29-06 | |
| Purpose of travel | Prospect Training | | | | |
| Location | | | | | |
| Total Miles | 658 | | | | |
| Less Daily Commute | | | | | |
| Net Miles | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| @ mileage rate above | $67.49 | $ - | $ - | $ - | $ - | $67.49 |
| Lodging | | | | | | 0.00 |
| Air Fare | | | | | | 0.00 |
| Cab/Bus/Car Rntl | | | | | | $1631.48 |
| Parking/Tolls | | | | | | 0.00 |
| Cell Phone/Phone | 50.00 | 50.00 | | | | 50.00 |
| Office Supplies | | | | | | 50.00 |
| Screening Supplies | | | | | | - |
| Training/Education | | | | | | - |
| Co provided Vehicle | | | | | | - |
| PER DIEM - Cleveland | $71.08 | | | | | $71.08 |
| Medical Supplies | | | | | | - |
| Meals/Entertainment* | | | | | | - |
| Meals-Personnel ** | | | | | | - |
| Daily Total | $67.49 $71.08 $50.00 $50.00 | | | | | $842.57 |

Total $842.57

I hereby certify that the above represented expenses are business expenses of the Company only and include no personal items.

Signed Kim Hadaway Date 12-29-06

Approved By _____ Date _____

Office Supplies
Phone

LIF 0037

Mileage Log: December 2006

HSC: Kim Hadaway, Houston West

| Date | Activity | Miles |
|---|---|---|
| 12/4/06 | worked with Sandy Dallas – Houston North HSC | 121 miles |
| 12/5/06 | worked with Sandy Dallas – Houston North HSC | 137 |
| 12/7/06 | worked with RSM – Alan Marsico – prospecting | 183 |
| 12/8/06 | worked with Sandy Dallas – Houston North HSC | 123 |
| 12/10/06 | Airport – Cleveland Training | 124 |
| 12/15/06 | Airport – Cleveland Training | 124 |
| 12/20/06 | worked with RSM – Alan Marsico | 171 |
| 12/21/06 | prospecting | 139 |
| 12/22/06 | prospecting | 119 |
| 12/26/06 | prospecting | 168 |
| 12/27/06 | prospecting | 102 |
| 12/28/06 | prospecting | 105 |
| 12/29/06 | prospecting | 42 |

Total miles 1658

Kim Hadaway
1-4-06

LIF 0038

**Earnings Statement**
Kimberly Hadaway
6634 Mildred Rd.
Needville, TX 77461

| Co | File # | Wk | Pay Date | Period End | Paid Dept | Paid Clock | Gross Pay | Net Pay | Check # | Chk/Vcr | Void |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JAR | 5928 | 52-1 | 12/28/2007 | 12/28/2007 | 200 | | 1,634.60 | | 00520275 | Voucher | |
| JAR | 5928 | 50-1 | 12/14/2007 | 12/14/2007 | 200 | | 1,634.60 | | 00500272 | Voucher | |
| JAR | 5928 | 48-1 | 11/30/2007 | 11/30/2007 | 200 | | 1,634.60 | | 00480276 | Voucher | |
| JAR | 5928 | 48-1 | 11/30/2007 | 11/30/2007 | 200 | | 2,340.30 | | 00480277 | Voucher | |
| JAR | 5928 | 46-1 | 11/16/2007 | 11/16/2007 | 200 | | 1,634.60 | | 00460308 | Voucher | |
| JAR | 5928 | 46-1 | 11/16/2007 | 11/16/2007 | 200 | | 6,396.20 | | 00460309 | Voucher | |
| JAR | 5928 | 44-1 | 11/02/2007 | 11/02/2007 | 200 | | 1,634.60 | | 00440269 | Voucher | |
| JAR | 5928 | 42-1 | 10/19/2007 | 10/19/2007 | 200 | | 1,634.60 | | 00420282 | Voucher | |
| JAR | 5928 | 40-1 | 10/05/2007 | 10/05/2007 | 200 | | | 1,366.40 | 11192107 | Check | Yes |
| JAR | 5928 | 40-1 | 10/05/2007 | 10/05/2007 | 200 | | 1,634.60 | | 00400279 | Voucher | |
| JAR | 5928 | 38-1 | 09/21/2007 | 09/21/2007 | 200 | | 1,634.60 | | 00380287 | Voucher | |
| JAR | 5928 | 36-1 | 09/07/2007 | 09/07/2007 | 200 | | 1,634.60 | | 00360299 | Voucher | |
| JAR | 5928 | 34-1 | 08/24/2007 | 08/24/2007 | 200 | | 1,634.60 | | 00340321 | Voucher | |
| JAR | 5928 | 32-1 | 08/10/2007 | 08/10/2007 | 200 | | 1,634.60 | | 00320339 | Voucher | |
| JAR | 5928 | 32-1 | 08/10/2007 | 08/10/2007 | 200 | | 2,408.17 | | 00320340 | Voucher | |
| JAR | 5928 | 30-1 | 07/27/2007 | 07/27/2007 | 200 | | 1,634.60 | | 00300311 | Voucher | |
| JAR | 5928 | 28-1 | 07/13/2007 | 07/13/2007 | 200 | | 1,634.60 | | 00280313 | Voucher | |
| JAR | 5928 | 26-1 | 06/29/2007 | 06/29/2007 | 200 | | 1,634.60 | | 00260304 | Voucher | |
| JAR | 5928 | 24-1 | 06/15/2007 | 06/15/2007 | 200 | | 1,634.60 | | 00240301 | Voucher | |
| JAR | 5928 | 22-1 | 06/01/2007 | 06/01/2007 | 200 | | 1,634.60 | | 00220295 | Voucher | |
| JAR | 5928 | 20-1 | 05/18/2007 | 05/18/2007 | 200 | | 1,634.60 | | 00200324 | Voucher | |
| JAR | 5928 | 18-1 | 05/04/2007 | 05/04/2007 | 200 | | 1,634.60 | | 00180295 | Voucher | |
| JAR | 5928 | 16-1 | 04/20/2007 | 04/20/2007 | 200 | | 1,634.60 | | 00160288 | Voucher | |
| JAR | 5928 | 14-1 | 04/06/2007 | 04/06/2007 | 200 | | 1,634.60 | | 00140282 | Voucher | |
| JAR | 5928 | 12-1 | 03/23/2007 | 03/23/2007 | 200 | | 1,634.60 | | 00120282 | Voucher | |
| JAR | 5928 | 10-1 | 03/09/2007 | 03/09/2007 | 200 | | 1,634.60 | | 00100279 | Voucher | |
| JAR | 5928 | 08-1 | 02/23/2007 | 02/23/2007 | 200 | | 1,634.60 | | 00080311 | Voucher | |
| JAR | 5928 | 06-1 | 02/09/2007 | 02/09/2007 | 200 | | 2,634.60 | | 00060279 | Voucher | |
| JAR | 5928 | 04-1 | 01/26/2007 | 01/26/2007 | 200 | | 1,759.60 | | 00040282 | Voucher | |
| JAR | 5928 | 02-1 | 01/12/2007 | 01/12/2007 | 200 | | 1,759.60 | | 00020281 | Voucher | |

| Earnings | Rate | Hours | Cumulative |
|---|---|---|---|
| Regular | | 2,080.00 | 42,499.60 |



DEFENDANT'S EXHIBIT 2

**LIF 004**

**Earnings Statement**
Kimberly Hadaway
6634 Mildred Rd.
Needville, TX 77461

| Co | File # | Wk | Pay Date | Period End | Paid Dept | Paid Clock | Gross Pay | Net Pay | Check # | Chk/Vcr | Void |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bonus | | | | | | | 0.00 | 11,144.67 | | | |
| PTO - DPT 300 | | | | | | 0.00 | 80.00 | 0.00 | | | |
| Ramp or Draw | | | | | | | 0.00 | 1,250.00 | | ? | |
| | | | | | | **Gross Pay** | | **$54,894.27** | | | |

**Deductions**

**Statutory**

| | |
|---|---|
| Federal Income Tax | -2,900.29 |
| Medicare | -721.78 |
| Social Security | -3,086.23 |

**Others**

| | |
|---|---|
| FSA Health Care | -1,650.00 |
| Mileage | -6,113.14 |
| Parking/Tolls | -26.00 |
| Phone | -550.00 |
| Office Supplies | -524.30 |
| Life/AD&D - EE | -128.40 |
| Life - Spouse | -76.32 |
| Life - Child | -19.92 |
| Vol. STD | -39.42 |
| Per Diem | -153.14 |
| Vol. LTD | -190.04 |
| 401(k) EE $ | -2,568.76 |
| Health Insurance | -2,682.48 |
| Dental | -783.90 |
| Dd Checking #1 | -46,047.21 |
| **Net Pay** | **$1,365.40** |

**Memos**

| | |
|---|---|
| 401(k) match | 513.84 |

**Earnings Statement**
Kimberly Hadaway
6634 Mildred Rd.
Needville, TX 77461

| Co | File # | Wk | Pay Date | Period End | Paid Dept | Paid Clock | Gross Pay | Net Pay | Check # | Chk/Vcr | Void |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JAR | 5928 | 52-1 | 12/26/2008 | 12/26/2008 | 200 | | 1,788.46 | | 00520235 | Voucher | |
| JAR | 5928 | 52-1 | 12/26/2008 | 12/26/2008 | 200 | | 200.00 | | 00520236 | Voucher | |
| JAR | 5928 | 50-1 | 12/12/2008 | 12/12/2008 | 200 | | 1,788.46 | | 00500226 | Voucher | |
| JAR | 5928 | 48-1 | 11/28/2008 | 11/28/2008 | 200 | | 1,788.46 | | 00480279 | Voucher | |
| JAR | 5928 | 48-1 | 11/28/2008 | 11/28/2008 | 200 | | 4,326.29 | | 00480280 | Voucher | |
| JAR | 5928 | 46-1 | 11/14/2008 | 11/14/2008 | 200 | | 1,788.46 | | 00460244 | Voucher | |
| JAR | 5928 | 44-1 | 10/31/2008 | 10/31/2008 | 200 | | 1,788.46 | | 00440246 | Voucher | |
| JAR | 5928 | 42-1 | 10/17/2008 | 10/17/2008 | 200 | | 1,788.46 | | 00420260 | Voucher | |
| JAR | 5928 | 42-1 | 10/17/2008 | 10/17/2008 | 200 | | 700.00 | | 00420261 | Voucher | |
| JAR | 5928 | 41-1 | 10/08/2008 | 10/08/2008 | 200 | | 700.00 | | 00410019 | Voucher | |
| JAR | 5928 | 40-1 | 10/03/2008 | 10/03/2008 | 200 | | 1,788.46 | | 00400252 | Voucher | |
| JAR | 5928 | 39-1 | 09/19/2008 | 09/19/2008 | 200 | | 1,788.46 | | 00380243 | Voucher | |
| JAR | 5928 | 36-1 | 09/05/2008 | 09/05/2008 | 200 | | 1,788.46 | | 00360257 | Voucher | |
| JAR | 5928 | 34-1 | 08/22/2008 | 08/22/2008 | 200 | | 1,788.46 | | 00340320 | Voucher | |
| JAR | 5928 | 34-1 | 08/22/2008 | 08/22/2008 | 200 | | 595.85 | | 00340321 | Voucher | |
| JAR | 5928 | 32-1 | 08/08/2008 | 08/08/2008 | 200 | | 1,788.46 | | 00320304 | Voucher | |
| JAR | 5928 | 30-1 | 07/25/2008 | 07/25/2008 | 200 | | 1,788.46 | | 00300295 | Voucher | |
| JAR | 5928 | 30-1 | 07/25/2008 | 07/25/2008 | 200 | | 200.00 | | 00300296 | Voucher | |
| JAR | 5928 | 28-1 | 07/11/2008 | 07/11/2008 | 200 | | 1,788.46 | | 00280281 | Voucher | |
| JAR | 5928 | 28-1 | 07/11/2008 | 07/11/2008 | 200 | | 105.03 | | 00280282 | Voucher | |
| JAR | 5928 | 26-1 | 06/27/2008 | 06/27/2008 | 200 | | 1,683.43 | | 00260298 | Voucher | |
| JAR | 5928 | 26-1 | 06/27/2008 | 06/27/2008 | 200 | | 200.00 | | 00260299 | Voucher | |
| JAR | 5928 | 24-1 | 06/13/2008 | 06/13/2008 | 200 | | 1,683.43 | | 00240275 | Voucher | |
| JAR | 5928 | 22-1 | 05/30/2008 | 05/30/2008 | 200 | | 1,683.43 | | 00220276 | Voucher | |
| JAR | 5928 | 20-1 | 05/16/2008 | 05/16/2008 | 200 | | 1,683.43 | | 00200324 | Voucher | |
| JAR | 5928 | 20-1 | 05/16/2008 | 05/16/2008 | 200 | | 700.00 | | 00200325 | Voucher | |
| JAR | 5928 | 20-1 | 05/16/2008 | 05/16/2008 | 200 | | 3,735.60 | | 00200326 | Voucher | |
| JAR | 5928 | 18-1 | 05/02/2008 | 05/02/2008 | 200 | | 1,683.43 | | 00180291 | Voucher | |
| JAR | 5928 | 16-1 | 04/18/2008 | 04/18/2008 | 200 | | 1,683.43 | | 00160292 | Voucher | |
| JAR | 5928 | 16-1 | 04/18/2008 | 04/18/2008 | 200 | | 200.00 | | 00160293 | Voucher | |
| JAR | 5928 | 14-1 | 04/04/2008 | 04/04/2008 | 200 | | 1,634.60 | | 00140302 | Voucher | |
| JAR | 5928 | 12-1 | 03/21/2008 | 03/21/2008 | 200 | | 1,634.60 | | 00120279 | Voucher | |
| JAR | 5928 | 10-1 | 03/07/2008 | 03/07/2008 | 200 | | 1,634.60 | | 00100274 | Voucher | |
| JAR | 5928 | 08-1 | 02/22/2008 | 02/22/2008 | 200 | | 1,634.60 | | 00080301 | Voucher | |



DEFENDANT'S EXHIBIT 3

LIF 006

**Earnings Statement**
Kimberly Hadaway
6634 Mildred Rd.
Needville, TX 77461

| Co | File # | Wk | Pay Date | Period End | Paid Dept | Paid Clock | Gross Pay | Net Pay | Check # | Chk/Vcr | Void |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JAR | 5928 | 08-1 | 02/22/2008 | 02/22/2008 | 200 | | 12,738.30 | | 00080302 | Voucher | |
| JAR | 5928 | 06-1 | 02/08/2008 | 02/08/2008 | 200 | | 1,634.60 | | 00060271 | Voucher | |
| JAR | 5928 | 04-1 | 01/25/2008 | 01/25/2008 | 200 | | 1,634.60 | | 00040276 | Voucher | |
| JAR | 5928 | 02-1 | 01/11/2008 | 01/11/2008 | 200 | | 1,634.60 | | 00020272 | Voucher | |

| Earnings | Rate | Hours | Cumulative |
|---|---|---|---|
| Regular | | 2,080.00 | 44,897.79 |
| Bonus | | 0.00 | 24,496.04 |
| PTO - DPT 300 | 0.00 | 8.00 | 0.00 |
| | **Gross Pay** | | **$69,395.93** |

**Deductions**

Statutory

| | |
|---|---|
| Federal Income Tax | -3,900.74 |
| Medicare | -914.80 |
| Social Security | -3,911.56 |

Others

| | |
|---|---|
| FSA Health Care | -2,600.00 |
| Mileage | -8,323.70 |
| Parking/Tolls | -34.50 |
| Phone | -650.00 |
| Office Supplies | -622.85 |
| Training Education | -62.66 |
| Life/AD&D - EE | -208.44 |
| Life - Spouse | -121.28 |
| Life - Child | -20.67 |
| Vol. STD | -166.68 |
| Per Diem | -422.22 |
| Vol. LTD | -319.99 |
| 401k Loan | -716.76 |
| 401(k) EE $ | -3,970.94 |
| Health Insurance | -2,920.21 |
| Dental | -783.90 |
| Dd Checking #1 | -58,954.79 |
| **Net Pay** | |

Memos

| | |
|---|---|
| 401k Wages | 67,759.23 |
| 401k Hours | 2,008.00 |
| 401(k) match | 693.88 |

**Earnings Statement**
Kimberly Hadaway
6634 Mildred Rd.
Needville, TX 77461

| Co | File # | Wk | Pay Date | Period End | Paid Dept | Paid Clock | Gross Pay | Net Pay | Check # | Chk/Vcr | Void |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JAR | 5928 | 52-2 | 12/24/2009 | 12/25/2009 | 200 | | 1,346.15 | | 00524216 | Voucher | |
| JAR | 5928 | 52-2 | 12/24/2009 | 12/25/2009 | 200 | | 1,341.70 | | 00524217 | Voucher | |
| JAR | 5928 | 50-1 | 12/11/2009 | 12/11/2009 | 200 | | 1,346.15 | | 00500207 | Voucher | |
| JAR | 5928 | 48-1 | 11/27/2009 | 11/27/2009 | 200 | | 1,346.15 | | 00480231 | Voucher | |
| JAR | 5928 | 48-1 | 11/27/2009 | 11/27/2009 | 200 | | 250.00 | | 00480232 | Voucher | |
| JAR | 5928 | 46-1 | 11/13/2009 | 11/13/2009 | 200 | | 1,346.15 | | 00460203 | Voucher | |
| JAR | 5928 | 44-1 | 10/30/2009 | 10/30/2009 | 200 | | 1,346.15 | | 00440196 | Voucher | |
| JAR | 5928 | 42-1 | 10/16/2009 | 10/16/2009 | 200 | | 1,346.15 | | 00420214 | Voucher | |
| JAR | 5928 | 42-1 | 10/16/2009 | 10/16/2009 | 200 | | 2,013.12 | | 00420215 | Voucher | |
| JAR | 5928 | 40-1 | 10/02/2009 | 10/02/2009 | 200 | | 1,346.15 | | 00400194 | Voucher | |
| JAR | 5928 | 38-1 | 09/18/2009 | 09/18/2009 | 200 | | 1,346.15 | | 00380212 | Voucher | |
| JAR | 5928 | 38-1 | 09/18/2009 | 09/18/2009 | 200 | | 5,264.56 | | 00380213 | Voucher | |
| JAR | 5928 | 36-1 | 09/04/2009 | 09/04/2009 | 200 | | 1,346.15 | | 00360196 | Voucher | |
| JAR | 5928 | 34-1 | 08/21/2009 | 08/21/2009 | 200 | | 1,346.15 | | 00340222 | Voucher | |
| JAR | 5928 | 34-1 | 08/21/2009 | 08/21/2009 | 200 | | 3,590.30 | | 00340223 | Voucher | |
| JAR | 5928 | 32-1 | 08/07/2009 | 08/07/2009 | 200 | | 1,346.15 | | 00320194 | Voucher | |
| JAR | 5928 | 30-1 | 07/24/2009 | 07/24/2009 | 200 | | 1,346.15 | | 00300223 | Voucher | |
| JAR | 5928 | 30-1 | 07/24/2009 | 07/24/2009 | 200 | | 1,095.84 | | 00300224 | Voucher | |
| JAR | 5928 | 28-1 | 07/10/2009 | 07/10/2009 | 200 | | 1,346.15 | | 00280198 | Voucher | |
| JAR | 5928 | 26-1 | 06/26/2009 | 06/26/2009 | 200 | | 1,346.15 | | 00260212 | Voucher | |
| JAR | 5928 | 26-1 | 06/26/2009 | 06/26/2009 | 200 | | 8,682.08 | | 00260213 | Voucher | |
| JAR | 5928 | 24-1 | 06/12/2009 | 06/12/2009 | 200 | | 1,346.15 | | 00240192 | Voucher | |
| JAR | 5928 | 22-1 | 05/29/2009 | 05/29/2009 | 200 | | 1,346.15 | | 00220193 | Voucher | |
| JAR | 5928 | 20-1 | 05/15/2009 | 05/15/2009 | 200 | | 1,346.15 | | 00200214 | Voucher | |
| JAR | 5928 | 20-1 | 05/15/2009 | 05/15/2009 | 200 | | 60.00 | | 00200215 | Voucher | |
| JAR | 5928 | 18-1 | 05/01/2009 | 05/01/2009 | 200 | | | 1,544.52 | 01041709 | Check | Yes |
| JAR | 5928 | 18-1 | 05/01/2009 | 05/01/2009 | 200 | | 1,346.15 | | 00180204 | Voucher | |
| JAR | 5928 | 16-1 | 04/17/2009 | 04/17/2009 | 200 | | 1,346.15 | | 00160214 | Voucher | |
| JAR | 5928 | 16-1 | 04/17/2009 | 04/17/2009 | 200 | | 1,815.00 | | 00160215 | Voucher | |
| JAR | 5928 | 14-1 | 04/03/2009 | 04/03/2009 | 200 | | 1,346.15 | | 00140184 | Voucher | |
| JAR | 5928 | 14-1 | 04/03/2009 | 04/03/2009 | 200 | | 500.00 | | 00140185 | Voucher | |
| JAR | 5928 | 12-1 | 03/20/2009 | 03/20/2009 | 200 | | 1,346.15 | | 00120195 | Voucher | |
| JAR | 5928 | 10-1 | 03/06/2009 | 03/06/2009 | 200 | | 1,346.15 | | 00100188 | Voucher | |
| JAR | 5928 | 08-1 | 02/20/2009 | 02/20/2009 | 200 | | 1,346.15 | | 00080207 | Voucher | |



DEFENDANT'S EXHIBIT 4

LIF 008

**Earnings Statement**
Kimberly Hadaway
6634 Mildred Rd.
Needville, TX 77461

| Co | File # | Wk | Pay Date | Period End | Paid Dept | Paid Clock | Gross Pay | Net Pay | Check # | Chk/Vcr | Void |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JAR | 5928 | 08-1 | 02/20/2009 | 02/20/2009 | 200 | | 700.00 | | 00080208 | Voucher | |
| JAR | 5928 | 08-1 | 02/20/2009 | 02/20/2009 | 200 | | 14,112.44 | | 00080209 | Voucher | |
| JAR | 5928 | 06-1 | 02/06/2009 | 02/06/2009 | 200 | | 1,346.15 | | 00060191 | Voucher | |
| JAR | 5928 | 06-1 | 02/06/2009 | 02/06/2009 | 200 | | | | 00060192 | Voucher | |
| JAR | 5928 | 04-1 | 01/23/2009 | 01/23/2009 | 200 | | 1,346.15 | | 00040216 | Voucher | |
| JAR | 5928 | 04-1 | 01/23/2009 | 01/23/2009 | 200 | | 700.00 | | 00040217 | Voucher | |
| JAR | 5928 | 02-1 | 01/09/2009 | 01/09/2009 | 200 | | 1,788.46 | | 00020207 | Voucher | |

| Earnings | Rate | Hours | Cumulative |
|---|---|---|---|
| Regular | | 2,080.00 | 35,442.21 |
| Bonus | | 0.00 | 40,125.04 |
| PTO - DPT 300 | 0.00 | 96.00 | 0.00 |
| | Gross Pay | | $75,567.25 |

| Deductions | Statutory | |
|---|---|---|
| | Federal Income Tax | -3,651.39 |
| | Medicare | -1,003.69 |
| | Social Security | -4,291.65 |
| | **Others** | |
| | FSA Health Care | -2,600.00 |
| | Employee Loan | -0.00 |
| | Mileage | -2,144.92 |
| | Parking/Tolls | -153.60 |
| | Phone | -550.00 |
| | Office Supplies | -317.43 |
| | Life/AD&D - EE | -207.48 |
| | Life - Spouse | -69.52 |
| | Life - Child | -20.28 |
| | Vol. STD | -205.84 |
| | Per Diem | -147.38 |
| | Vol. LTD | -312.21 |
| | 401k Loan | -1,672.44 |
| | 401(k) EE $ | -5,251.36 |
| | Health Insurance | -2,980.71 |
| | Dental | -766.40 |
| | Dd Checking #1 | -60,702.69 |
| | **Net Pay** | **$1,544.62** |

**LIF 009**

**Earnings Statement**
Kimberly Hadaway
6634 Mildred Rd.
Needville, TX 77461

| Co | File # | Wk | Pay Date | Period End | Paid Dept | Paid Clock | Gross Pay | Net Pay | Check # | Chk/Vcr | Void |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Memos | | |
|---|---|---|
| 401k Wages | | 75,567.25 |
| 401k Hours | | 2,176.00 |
| 401(k) match | | 755.63 |

LIF 0010

**Earnings Statement**
Kimberly Hadaway
6634 Mildred Rd.
Needville, TX 77461

| Co | File # | Wk | Pay Date | Period End | Paid Dept | Paid Clock | Gross Pay | Net Pay | Check # | Chk/Vcr | Void |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JAR | 5928 | 07-1 | 02/18/2011 | 02/18/2011 | 202 | | 459.20 | | 00070240 | Voucher | |
| JAR | 5928 | 51-1 | 12/23/2010 | 12/24/2010 | 202 | | | | 00510247 | Voucher | |
| JAR | 5928 | 49-1 | 12/10/2010 | 12/10/2010 | 202 | | 403.85 | | 00490220 | Voucher | |
| JAR | 5928 | 47-1 | 11/26/2010 | 11/26/2010 | 202 | | 1,346.15 | | 00470247 | Voucher | |
| JAR | 5928 | 47-1 | 11/26/2010 | 11/26/2010 | 202 | | 2,413.35 | | 00470248 | Voucher | |
| JAR | 5928 | 45-1 | 11/12/2010 | 11/12/2010 | 202 | | 1,346.15 | | 00450217 | Voucher | |
| JAR | 5928 | 43-1 | 10/29/2010 | 10/29/2010 | 202 | | 1,346.15 | | 00430215 | Voucher | |
| JAR | 5028 | 41-1 | 10/15/2010 | 10/15/2010 | 202 | | 1,346.15 | | 00410253 | Voucher | |
| JAR | 5928 | 41-1 | 10/15/2010 | 10/15/2010 | 202 | | 3,078.70 | | 00410251 | Voucher | |
| JAR | 5928 | 39-1 | 10/01/2010 | 10/01/2010 | 202 | | 1,346.15 | | 00390221 | Voucher | |
| JAR | 5928 | 37-1 | 09/17/2010 | 09/17/2010 | 202 | | 1,346.15 | | 00370241 | Voucher | |
| JAR | 5928 | 37-1 | 09/17/2010 | 09/17/2010 | 202 | | 416.98 | | 00370242 | Voucher | |
| JAR | 5928 | 35-1 | 09/03/2010 | 09/03/2010 | 202 | | 1,346.15 | | 00350236 | Voucher | |
| JAR | 5928 | 33-1 | 08/20/2010 | 08/20/2010 | 202 | | 1,346.15 | | 00330267 | Voucher | |
| JAR | 5928 | 33-1 | 08/20/2010 | 08/20/2010 | 202 | | 3,940.08 | | 00330268 | Voucher | |
| JAR | 5928 | 31-1 | 08/06/2010 | 08/06/2010 | 201 | | 1,346.15 | | 00310231 | Voucher | |
| JAR | 5928 | 29-1 | 07/23/2010 | 07/23/2010 | 201 | | 1,346.15 | | 00290260 | Voucher | |
| JAR | 5928 | 29-1 | 07/23/2010 | 07/23/2010 | 201 | | 6,526.86 | | 00290261 | Voucher | |
| JAR | 5928 | 27-1 | 07/09/2010 | 07/09/2010 | 201 | | 1,346.15 | | 00270260 | Voucher | |
| JAR | 5928 | 27-1 | 07/09/2010 | 07/09/2010 | 201 | | | | 00270261 | Voucher | |
| JAR | 5928 | 25-1 | 06/25/2010 | 06/25/2010 | 201 | | 1,346.15 | | 00250259 | Voucher | |
| JAR | 5928 | 25-1 | 06/25/2010 | 06/25/2010 | 201 | | 6,030.32 | | 00250260 | Voucher | |
| JAR | 5928 | 23-1 | 06/11/2010 | 06/11/2010 | 201 | | 1,346.15 | | 00230225 | Voucher | |
| JAR | 5928 | 21-1 | 05/28/2010 | 05/28/2010 | 201 | | 1,346.15 | | 00210251 | Voucher | |
| JAR | 5928 | 21-1 | 05/28/2010 | 05/28/2010 | 201 | | 2,735.66 | | 00210252 | Voucher | |
| JAR | 5928 | 19-1 | 05/14/2010 | 05/14/2010 | 201 | | 1,346.15 | | 00190218 | Voucher | |
| JAR | 5928 | 17-1 | 04/30/2010 | 04/30/2010 | 201 | | 1,346.15 | | 00170225 | Voucher | |
| JAR | 5928 | 15-1 | 04/16/2010 | 04/16/2010 | 201 | | 1,346.15 | | 00150264 | Voucher | |
| JAR | 5928 | 15-1 | 04/16/2010 | 04/16/2010 | 201 | | 2,005.52 | | 00150265 | Voucher | |
| JAR | 5928 | 13-1 | 04/02/2010 | 04/02/2010 | 200 | | 1,346.15 | | 00130206 | Voucher | |
| JAR | 5928 | 11-1 | 03/19/2010 | 03/19/2010 | 200 | | 1,346.15 | | 00110229 | Voucher | |
| JAR | 5928 | 09-1 | 03/05/2010 | 03/05/2010 | 200 | | 1,346.15 | | 00090212 | Voucher | |
| JAR | 5928 | 07-1 | 02/19/2010 | 02/19/2010 | 200 | | 1,346.15 | | 00070228 | Voucher | |
| JAR | 5928 | 05-1 | 02/05/2010 | 02/05/2010 | 200 | | 1,346.15 | | 00050216 | Voucher | |


DEFENDANT'S EXHIBIT 5

**LIF 0011**

**Earnings Statement**

Kimberly Hadaway
6634 Mildred Rd.
Needville, TX 77461

| Co | File # | Wk | Pay Date | Period End | Paid Dept | Paid Clock | Gross Pay | Net Pay | Check # | Chk/Vcr | Void |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JAR | 5928 | 03-1 | 01/22/2010 | 01/22/2010 | 200 | | 1,346.15 | | 00030230 | Voucher | |
| JAR | 5928 | 03-1 | 01/22/2010 | 01/22/2010 | 200 | | 2,255.04 | | 00030231 | Voucher | |
| JAR | 5928 | 01-1 | 01/08/2010 | 01/08/2010 | 200 | | 1,346.15 | | 00010209 | Voucher | |

| Earnings | Rate | Hours | Cumulative |
|---|---|---|---|
| Regular | | 1,944.00 | 32,711.45 |
| Bonus | | 0.00 | 29,861.71 |
| PTO - DPT 300 | 0.00 | 40.00 | 0.00 |
| | Gross Pay | | $62,573.16 |

| Deductions | | |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | | -2,215.47 |
| Medicare | | -805.75 |
| Social Security | | -3,436.11 |
| **Others** | | |
| FSA Health Care | | -3,125.00 |
| Mileage | | -5,650.93 |
| Airfare | | -50.00 |
| Parking/Tolls | | -219.75 |
| Phone | | -1,128.59 |
| Office Supplies | | -418.41 |
| Life/AD&D - EE | | -191.52 |
| Life - Spouse | | -115.99 |
| Life - Child | | -19.50 |
| Vol. STD | | -181.75 |
| Per Diem | | -74.31 |
| Vol. LTD | | -216.48 |
| 401k Loan | | -1,465.60 |
| 401(k) EE $ | | -4,380.11 |
| Health Insurance | | -3,154.50 |
| Dental | | -724.50 |
| Dd Checking #1 | | -50,082.87 |
| Net Pay | | |

| Memos | |
|---|---|
| 401k Wages | 62,573.16 |
| 401k Hours | 1,984.00 |
| 401(k) match | 625.70 |

LIF 0012