THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KIM HADAWAY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:11-CV-03574 |
| | § | (JURY) |
| LIFE LINE SCREENING OF | § | |
| AMERICA, LTD., | § | |
| | § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE MELINDA HARMON:

Plaintiff Kim Hadaway and Defendant Life Line Screening of America, Ltd (collectively, the "Parties") file this Stipulation of Dismissal With Prejudice as follows:

1. The Parties no longer wish to pursue their claims against each other and request that the above-captioned matter be dismissed with prejudice with all costs incurred taxed against the party incurring same.

Respectfully submitted,

/S/Mark Siurek
Mark Siurek
TBA# 18447900
Fed ID# 9417
3334 Richmond Ave., Suite 100
Houston, Texas 77098
713-522-0066 (telephone)
713-522-9977 (fax)
msiurek@warrensiurek.com

ATTORNEY-IN-CHARGE FOR PLAINTIFF

OF COUNSEL:

WARREN & SIUREK, L.L.P.
Patricia Haylon
TBA# 09281925
FED ID# 13941
3334 Richmond Ave., Suite 100
Houston, Texas 77098
713-522-0066 (telephone)
713-522-9977 (fax)
thaylon@warrensiurek.com


/S/ Neil Martin
Neil Martin
TBA# 13096000
Fed. ID# 2996
1000 Louisiana, Suite 3400
Houston, Texas 77002-5007
713-276-5500 (telephone)
713-276-5555 (fax)
Nmartin@gardere.com

ATTORNEY-IN-CHARGE FOR DEFENDANT

OF COUNSEL:

Laura J. Goodson
GARDERE WYNNE SEWELL L.L.P.
TBA# 24045959
Fed. ID#
1000 Louisiana, Suite 3400
Houston, Texas 77002-5007
713-276-5500 (telephone)
713-276-5555 (fax)
lgoodson.com

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KIM HADAWAY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:11-CV-03574 |
| | § | (JURY) |
| LIFE LINE SCREENING OF | § | |
| AMERICA, LTD., | § | |
| | § | |
| Defendant. | § | |

## DISMISSAL

The above-captioned matter is dismissed without prejudice with all costs incurred taxed against the party incurring such costs.

SIGNED: _____, 2013.

_____
MELINDA HARMON
U.S. DISTRICT JUDGE